Janelle Baptiste, Esq.
Abadir Jama Barre, Esq.
Barre Law, LLC
30 Broad Street, 14th Floor
New York, NY 10004

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| AZIMOVA, MADINA; et. al.<br><br>   *Plaintiffs*<br><br>v.<br><br>MAYORKAS, ALEJANDRO, et. al.<br><br>   *Defendants*. | Case No.: 24-cv-00934<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs hereby give notice that the above-captioned matter is voluntarily dismissed without prejudice against Defendants.

Dated: August 23, 2024

By:/s/Janelle Baptiste
Abadir Barre
Janelle Baptiste
Barre Law, LLC
30 Broad St., 14th Floor
New York, NY 10004

SO ORDERED

 s/Evelyn Padin
Evelyn Padin, U.S.D.J.

Date: 8/28/2024

The clerk shall terminate D.E. 17.